IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Millcreek Township School District,    :
                 Appellant    :
                        :
           v.    :    No. 187 C.D. 2017
                        :
Millcreek Township Educational    :
Support Personnel Association    :

## **O R D E R**

NOW, April 3, 2018, having considered appellee's application for reargument and appellant's answer in response thereto, the application is denied.

 

                                           _____
                                           MARY HANNAH LEAVITT,
                                           President Judge